## HENRY HARGRAVES V. THE STATE.

No. 10268. Delivered November 3, 1926.

**Robbery—Companion Case.**

This is a companion case to the case of Hemby v. State, No. 10269, decided by this court on October 6, 1926, and the opinion in that case covers all the material issues on the record before us, and this cause is also affirmed.

Appeal from the Criminal District Court of Harris County. Tried below before the Hon. C. W. Robinson, Judge.

Appeal from a conviction for robbery, penalty five years in the penitentiary.

The opinion states the case.

*Earl Adams, Jr.* of Houston, for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, *Horace Soule,* District Attorney, and

*O'Brien Stearns,* Assistant District Attorney, for the State.

BAKER, JUDGE.—The appellant was convicted in the District Court of Harris County for the offense of robbery, and his punishment assessed at five years in the penitentiary.

This is a companion case to the case of Hemby v. State, No. 10269, decided by this court on October 6, 1926.

The record contains three bills of exception, in which complaint is made to the refusal of the court to permit the appellant to show by his brother, Joe Hargraves, that he knew of trouble between the Bird family and the Hargraves family. The court's qualifications on two of said bills fully show that said witness testified that the prosecuting witness, Jim Bird, was not involved in this trouble. These bills, as presented, show no error.

After a careful examination of the entire record, and failing to find any error therein, we are of the opinion that the judgment of the trial court should be affirmed, and it is accordingly so ordered.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the Court.